JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ROBERT McINTOSH, | No. CV 14-4794 CAS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN N. KATAVICH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 12, 2014

_____
CHRISTINA A. SNYDER
United States District Judge